# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Stacy A. Fleming and Brian J. Fleming,

    Plaintiffs,

v.

U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2006-AR3; and Wells Fargo Bank, N.A.,

    Defendants.

Civil No. 15-0574 (PJS/HB)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

    **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Defendants U.S. Bank and Wells Fargo's Motion to Dismiss [Doc. No. 4] is **GRANTED**; and

3. This case is **DISMISSED**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 7/14/15

    s/Patrick J. Schiltz
    PATRICK J. SCHILTZ
    United States District Judge